**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 639 EAL 2014 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JERMAL BIZZEL, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.